IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA ENTERPRISES, INC., VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., VERSATA, INC., TRILOGY, INC., and NEXTANCE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## SUN MICROSYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Sun Microsystems, Inc. ("Sun"), having its principal place of business at 4150 Network Circle, Santa Clara, CA 95054, hereby states that: (a) Sun is a Delaware corporation that is publicly held, (b) Sun has no corporate parent, and (c) Sun is not aware of any other publicly-held corporation owning 10 percent or more of Sun's stock.

Dated: November 30, 2007

Respectfully submitted,

Paul J. Lockwood (Del. I.D. No. 3369)
Michael A. Barlow (Del. I.D. No. 3928)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
Tel:  (302) 651-3000
Fax:  (302) 651-3001
E-mail: plockwoo@skadden.com
           mbarlow@skadden.com
*Attorneys for Plaintiff Sun Microsystems, Inc.*

1

OF COUNSEL:
Jeffery G. Randall
David W. Hansen
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301