Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Sun Microsystems, Inc.,

    Plaintiff,

v.

Versata Enterprises, Inc., Versata
Software, Inc., Versata Development
Group, Inc., Versata Computer
Industry Solutions, Inc., Versata, Inc.,
Trilogy, Inc., and Nextance, Inc.,

    Defendants.

Civil Action No. 07-782-JJF

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David W. Hansen to represent plaintiff in this matter.

Signed: _____
Michael A. Barlow (ID# 3928)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
(302)651-3000
MBarlow@skadden.com
Attorney For: Sun Microsystems, Inc.

Date: December 17, 2007

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: David W. Hansen
Dated: 12/14/07
525 University Avenue, Suite 1100
Palo Alto, California 94301