IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Jack B. Blumenfeld and Karen Jacobs Louden of Morris, Nichols, Arsht & Tunnell LLP as counsel for defendants Versata Enterprises, Inc., Versata Software, Inc., Versata Development Group, Inc., Versata Computer Industry Solutions, Inc., Versata, Inc., Triology, Inc., and Nextance, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for defendants

OF COUNSEL:
Peter J. Ayers
MCKOOL SMITH
300 West 6th Street, Ste, 1700
Austin, TX 78701
(512) 692-8700

December 18, 2007

1337566

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Paul J. Lockwood
> Michael A. Barlow

I also certify that copies were caused to be served on December 18, 2007 upon the following in the manner indicated:

| **BY HAND** | **BY E-MAIL** |
|---|---|
| Paul J. Lockwood<br>Michael A. Barlow<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899 | Jeffrey G. Randall<br>David W. Hansen<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>525 Universtiy Ave., Ste. 1100<br>Palo Alto, CA  94301 |

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com