IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 07-782 JJF |
| VERSATA ENTERPRISES, INC., VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., VERSATA, INC., TRIOLOGY, INC., and NEXTANCE, INC., | : |
|     Defendants. | : |

## O R D E R

WHEREAS, Defendants filed a Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint (D.I. 17) on December 19, 2007, seeking an extension of time to respond to the Complaint in this action;

WHEREAS, the Court having considered Defendants' Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint (D.I. 17) is **GRANTED**. Defendants shall have until through and including January 25, 2008 to answer, move or otherwise respond to Plaintiff's Complaint.

December 20, 2007
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE