IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Peter J. Ayers and James N. Willi of McKool Smith, 300 W. 6th Street, Suite 1700, Austin, TX 78701, to represent the defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Defendants*
   *Versata Enterprises, Inc. et al.*

December 21, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Peter Ayers is granted.

Dated: _____     _____
                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/21/07

Peter J. Ayers
MCKOOL SMITH
300 W. 6th Street
Suite 1700
Austin, TX 78701

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 12/21/2007

James N. Willi
MCKOOL SMITH
300 W. 6th Street
Suite 1700
Austin, TX 78701

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Paul J. Lockwood
>   Michael A. Barlow

I also certify that copies were caused to be served on December 21, 2007 upon the following in the manner indicated:

| BY HAND AND EMAIL | BY EMAIL |
| --- | --- |
| Paul J. Lockwood<br>Michael A. Barlow<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899 | Jeffrey G. Randall<br>David W. Hansen<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>525 Universtiy Ave., Ste. 1100<br>Palo Alto, CA  94301 |

*/s/ Karen Jacobs Louden*

klouden@mnat.com