IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) JURY TRIAL DEMANDED |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Versata Enterprises, Inc., Versata Software, Inc., Versata Development Group, Inc., Versata Computer Industry Solutions, Inc., Versata, Inc., Trilogy, Inc. and Nextance, Inc. (collectively "Versata"), state that: (1) Versata Software, Inc. is the parent of Versata Computer Industry Solutions, Inc.; (2) Versata Enterprises, Inc. is the parent of Versata Development Group, Inc., Versata Software, Inc., Versata, Inc. and Nextance, Inc.; and (3) Trilogy, Inc. is the parent of Versata Enterprises, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
  *Attorneys for Defendants*

2

OF COUNSEL:

Peter J. Ayers
James N. Willi
John B. Campbell
MCKOOL SMITH, P.C.
300 W. 6th St., Ste. 1700
Austin, TX 78701-3941
(512) 692-8700
payers@mckoolsmith.com
jwilli@mckoolsmith.com
jcampbell@mckoolsmith.com


Dated:  January 25, 2008
1426675

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Paul J. Lockwood
>Michael A. Barlow

I also certify that copies were caused to be served on January 25, 2008 upon the following in the manner indicated:

| **BY HAND AND EMAIL** | **BY EMAIL** |
|---|---|
| Paul J. Lockwood<br>Michael A. Barlow<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899 | Jeffrey G. Randall<br>David W. Hansen<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>525 Universtiy Ave., Ste. 1100<br>Palo Alto, CA  94301 |

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com