IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendants' Initial Disclosures* were caused to be served on February 1, 2008, upon the following counsel in the manner indicated:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendants*

OF COUNSEL:

Peter J. Ayers
James N. Willi
John B. Campbell
MCKOOL SMITH
300 West 6th Street, Ste, 1700
Austin, TX  78701
(512) 692-8700
payers@mckoolsmith.com
jwilli@mckoolsmith.com
jcampbell@mckoolsmith.com

February 1, 2008
1450231

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Paul J. Lockwood
>   Michael A. Barlow

I also certify that copies were caused to be served on February 1, 2008 upon the following in the manner indicated:

| **BY HAND** | **BY EMAIL** |
| --- | --- |
| Paul J. Lockwood<br>Michael A. Barlow<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE  19899 | Jeffrey G. Randall<br>David W. Hansen<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>525 Universtiy Ave., Ste. 1100<br>Palo Alto, CA  94301 |

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com