IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> VERSATA ENTERPRISES, INC., <br> VERSATA SOFTWARE, INC., <br> VERSATA DEVELOPMENT GROUP, <br> INC., VERSATA COMPUTER INDUSTRY <br> SOLUTIONS, INC., VERSATA, INC., <br> TRILOGY, INC., and NEXTANCE, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 07-782-JJF <br> (JURY TRIAL DEMANDED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 1, 2008 counsel for Sun Microsystems, Inc. served Sun Microsystems, Inc.'s Initial Disclosure upon the following counsel of record by hand delivery and electronic mail.

**BY HAND DELIVERY**
Jack B. Bllumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, De 19899

**BY EMAIL**
Peter J. Ayers
McKool Smith
300 West 6th Street, Suite 1700
Austin, Texas 78701

Dated: February 4, 2008

By:   /s/ Michael A. Barlow
Michael A. Barlow (I.D. No. 3928)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square,
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000
E-mail: mbarlow@skadden.com

Attorneys for Plaintiff
Sun Microsystems, Inc.

521934.01-Wilmington Server 1A - MSW