IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VERSATA ENTERPRISES, INC., )<br>VERSATA SOFTWARE, INC., )<br>VERSATA DEVELOPMENT GROUP, INC., )<br>VERSATA COMPUTER INDUSTRY )<br>SOLUTIONS, INC., VERSATA, INC., )<br>TRILOGY, INC., and NEXTANCE, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 07-782-JJF |

**[PROPOSED] ORDER**

    Having considered Sun Microsystems, Inc.'s ("Sun") Motion to Dismiss Defendants' Non-Patent Counterclaims and the accompanying briefs submitted by the parties, IT IS HEREBY ORDERED that Sun's motion is GRANTED.  The counterclaims asserted by Defendants in Counts Five, Six, Eight, Nine, and Ten are hereby DISMISSED without leave to amend.

Dated: _____

                                                                         UNITED STATES DISTRICT JUDGE