IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-782-JJF |
| | : | |
| VERSATA ENTERPRISES, INC., | : | |
| VERSATA SOFTWARE, INC., | : | |
| VERSATA DEVELOPMENT GROUP, | : | |
| INC., VERSATA COMPUTER | : | |
| INDUSTRY SOLUTIONS, INC., | : | |
| VERSATA INC., TRILOGY INC., | : | |
| and NEXTANCE, INC., | : | |

**O R D E R**

WHEREAS, the Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) was cancelled in the above-captioned action and requires rescheduling;

NOW THEREFORE, IT IS HEREBY ORDERED that the Rule 16 Scheduling Conference will be held on **Thursday, May 8, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

     April 29, 2008                              /s/ Joseph J. Farnan
        Date                              UNITED STATES DISTRICT JUDGE