IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C. A. No. 07-782-JJF |
| VERSATA ENTERPRISES, INC., VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., VERSATA, INC., TRILOGY, INC., and NEXTANCE, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO:  Clerk of the Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

**PLEASE TAKE NOTICE** that William J. Wade and Anne Shea Gaza of Richards, Layton & Finger, P.A. are substituted for Jeffrey G. Randall and David W. Hansen of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1100, Palo Alto, California 94301, and Paul J. Lockwood and Michael A. Barlow of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, as counsel for Plaintiff, Sun Microsystems, Inc., in the above-captioned action.

/s/ *signature*
_____
Paul J. Lockwood (#3369)
Michael A. Barlow (#3928)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19899
mbarlow@skadden.com
plockwoo@skadden.com
(302) 651-3000

Dated: April 30, 2008

/s/ *Anne Shea Gaza*
_____
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
(302) 651-7700

Dated: April 30, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arhst & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on April 30, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX  78701

Anne Shea Gaza (#4093)
gaza@rlf.com