IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
|               Plaintiff, | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| VERSATA ENTERPRISES, INC., VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC., VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., VERSATA, INC., TRIOLOGY, INC., and NEXTANCE, INC., | ) |
|               Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to file and serve their answering brief in opposition to Plaintiff's Motion To Dismiss Defendants' Non-Patent Counterclaims (D.I. 28) is hereby extended through and including May 12, 2008.

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Anne Shea Gaza* | /s/ *Karen Jacobs Louden* |
| William J. Wade (#704) | Jack B. Blumenfeld (#1014) |
| Anne Shea Gaza (#4093) | Karen Jacobs Louden (#2881) |
| 920 N. King Street | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 651-7700 | Wilmington, DE 19899 |
| gaza@rlf.com | (302) 658-9200 |
|   Attorneys for plaintiff | klouden@mnat.com |
| |   Attorneys for defendants |

SO ORDERED this _____ day of May, 2008.

_____
Farnan, J.