## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 7, 2008

The Honorable Joseph J. Farnan, Jr.  *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Sun Microsystems, Inc. v. Versata Enterprises, Inc., et al.*
     C.A. No. 07-782 (JJF)

Dear Judge Farnan:

  Attached is the proposed Scheduling Order for discussion tomorrow morning at 11:00. Where the parties have not been able to agree, their differences are set forth in brackets.

         Respectfully,

         */s/ Jack B. Blumenfeld*

         Jack B. Blumenfeld (#1014)

JBB/dlb
Enclosures
cc: Clerk of Court (Via Hand Delivery; w/ encl.)
   William J. Wade, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
   Steven J. Fineman, Esquire (Via Electronic Mail and Hand Delivery; w/ encl.)
   Darryl M. Woo, Esquire (Via Electronic Mail; w/ encl.)
   Peter J. Ayers, Esquire (Via Electronic Mail; w/ encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-782 (JJF) |
| ) | |
| VERSATA ENTERPRISES, INC., ) | |
| VERSATA SOFTWARE, INC., ) | |
| VERSATA DEVELOPMENT GROUP, ) | |
| INC., VERSATA COMPUTER INDUSTRY ) | |
| SOLUTIONS, INC., VERSATA, INC., ) | |
| TRIOLOGY, INC., and NEXTANCE, INC., ) | |
| ) | |
| Defendants. ) | |

## **RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged on February 1, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before October 27, 2008.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4.   **Discovery**.

(a)   Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by September 8, 2008.

(b)   Maximum of 40 interrogatories, including contention interrogatories, for each side (an interrogatory posed by plaintiff to all of the defendants counting as one, not multiplied by the number of defendants).

(c)   Maximum of 100 requests for admission by each side (a request posed by plaintiff to all of the defendants counting as one, not multiplied by the number of defendants).

(d)   Maximum of 125 hrs. of depositions by plaintiff and 125 hrs. of depositions by defendants, excluding expert depositions and third party depositions. However, third party depositions are presumptively limited to a maximum of 25 hours per side. Depositions shall not commence until the discovery required by Paragraph 4 (a) is substantially completed.

(e)   All fact discovery shall be completed by May 29, 2009.

(f)   Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue on which the expert is offered thirty (30) days after the issuance of the Court's Markman decision. Rebuttal reports are due within thirty (30) days after opening reports.

(g)   Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of the rebuttal reports, unless otherwise agreed in writing by the parties or ordered by the Court.

5. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

(b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

6. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before October 27, 2008.

7. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before [plaintiff proposes July 24, 2009; defendants propose September 18, 2009]. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

8. **Markman.** A Markman Hearing, if necessary, will be held on [defendants propose November _____, 2008; plaintiff proposes February 27, 2009]. The

3

parties shall identify and exchange their contentions at least forty-five (45) days before the Markman hearing. Briefing on the claim construction issues shall be completed at least twenty (20) days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

9. **Applications by Motion**.

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for Filing Non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

10. **Pretrial Conference and Trial**. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is

deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.  [Plaintiff proposes (a) setting a trial date in October 2009; or alternatively, (b) setting April 27, 2009 as the date for exchange of opening expert reports (with rebuttal reports 30 days thereafter and completion of expert depositions to follow within 30 days after rebuttal reports).]

_____          _____
             DATE                                               UNITED STATES DISTRICT JUDGE