IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Defendants' First Set Of Interrogatories (Nos. 1-11) To Plaintiff Sun Microsystems, Inc.* and (2) *Defendants' First Set Of Requests For Production (Nos. 1-123) To Plaintiff Sun Microsystems, Inc.* were caused to be served on May 9, 2008, upon the following counsel in the manner indicated:

| **BY HAND** | **BY EMAIL** |
|---|---|
| William J. Wade | Darryl M. Woo |
| Anne Shea Gaza | Charlene M. Morrow |
| Richards, Layton & Finger, P.A. | Saina S. Shamilov |
| 920 N. King Street | Salam Rafeedie |
| Wilmington, DE 19801 | Fenwick & West LLP |
| | 801 California Street |
| | Mountain View, CA 94041 |

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Karen Jacobs Louden* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Karen Jacobs Louden (#2881) |
| Peter J. Ayers | 1201 N. Market Street |
| James N. Willi | P.O. Box 1347 |
| John B. Campbell | Wilmington, DE 19899 |
| MCKOOL SMITH | (302) 658-9200 |
| 300 West 6th Street, Ste, 1700 | *Attorneys for Defendants* |
| Austin, TX 78701 |  |
| (512) 692-8700 |  |

May 9, 2008
1450231

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade
> Anne Shea Gaza

I also certify that copies were caused to be served on May 9, 2008 upon the following in the manner indicated:

| **BY HAND** | **BY EMAIL** |
|---|---|
| William J. Wade<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>920 N. King Street<br>Wilmington, DE 19801 | Darryl M. Woo<br>Charlene M. Morrow<br>Saina S. Shamilov<br>Salam Rafeedie<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041 |

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden