## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 16, 2008

**VIA CM/ECF FILING &**
**HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

   Re: *Sun Microsystems, Inc. v. Versata Enterprises, Inc., et al.*,
      C.A. No. 07-782-JJF

Dear Judge Farnan:

   Following up on the Rule 16 conference in the above-referenced matter, I enclose for Your Honor's consideration a Rule 16 Scheduling Order in final form. This form of Order contains the dates discussed in the teleconference. If Your Honor has any questions concerning the enclosed Order or if we can provide you with any further information, counsel are available at Your Honor's convenience.

                Respectfully,

                *Anne Shea Gaza*

                Anne Shea Gaza
                (#4093)

Enclosure
cc: Jack B. Blumenfeld, Esquire (w/enc.) (By Email)
   Peter J. Ayers, Esquire (w/enc.) (By Email)
   Darryl M. Woo, Esquire (w/enc.) (By Email)

RLF1-3284287-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-782 (JJF) |
| | ) |
| VERSATA ENTERPRISES, INC., | ) |
| VERSATA SOFTWARE, INC., | ) |
| VERSATA DEVELOPMENT GROUP, | ) |
| INC., VERSATA COMPUTER INDUSTRY | ) |
| SOLUTIONS, INC., VERSATA, INC., | ) |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) |
| | ) |
| Defendants. | ) |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged on February 1, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before October 27, 2008.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery**.

(a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by September 8, 2008.

(b) Maximum of 40 interrogatories, including contention interrogatories, for each side (an interrogatory posed by plaintiff to all of the defendants counting as one, not multiplied by the number of defendants).

(c) Maximum of 100 requests for admission by each side (a request posed by plaintiff to all of the defendants counting as one, not multiplied by the number of defendants).

(d) Maximum of 125 hrs. of depositions by plaintiff and 125 hrs. of depositions by defendants, excluding expert depositions and third party depositions. However, third party depositions are presumptively limited to a maximum of 25 hours per side. Depositions of inventors named on the patents-in-suit, and the prosecuting attorneys, even if no longer employed by the plaintiff, shall not be deemed third party depositions but instead fall within the 125 hr. limitations above. Depositions shall not commence until the discovery required by Paragraph 4 (a) is substantially completed.

(e) All fact discovery shall be completed by May 29, 2009.

(f) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue on which the expert is offered by July 2, 2009. Rebuttal reports are due August 3, 2009.

(g) Any party desiring to depose an expert witness shall notice and complete said deposition no later than September 3, 2009. Expert testimony or statements made

in support of a party's claim construction positions cannot thereafter be used against said expert in the post-Markman ruling stages of the case, including Rule 26 expert reports, post-Markman ruling depositions, or at trial.

     5.    **Non-Case Dispositive Motions**.

         (a)    Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

         (b)    At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

         (c)    Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

     6.    **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before October 27, 2008.

     7.    **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before September 18, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

8.  **Markman.** A Markman Hearing, if necessary, will be held on January 8, 2009 at 1:00 p.m. The parties shall identify and exchange their list of proposed terms for construction no later than October 17, 2008. The parties shall exchange their contentions regarding the proper construction of those terms no later than November 3, 2008. The parties shall thereafter meet and confer in an attempt to narrow their list of terms for construction, and shall finalize the list of terms and proposed constructions no later than November 17, 2008. Opening claim construction briefs shall be filed no later than November 24, 2008 and answering briefs shall be filed no later than December 17, 2008. To the extent that any party relies upon an expert declaration in support of its proposed claim constructions, it will make that expert available for deposition within two weeks after serving its respective brief. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

9.  **Applications by Motion.**

    (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for Filing Non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    (b) No facsimile transmissions will be accepted.

    (c) No telephone calls shall be made to Chambers.

    (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    10. **Pretrial Conference and Trial.** The Pretrial Conference will be held on December 9, 2009 at 12:00 p.m. Trial will commence on February 8, 2010.

<br>

| _____ | _____ |
| DATE | UNITED STATES DISTRICT JUDGE |