IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> VERSATA ENTERPRISES, INC., VERSATA SOFTWARE, INC., VERSATA DEVELOPMENT GROUP, INC. VERSATA COMPUTER INDUSTRY SOLUTIONS, INC., VERSATA, INC., TRILOGY, INC., and NEXTANCE, INC., <br><br> Defendants. | C.A. No. 07-782 (JJF) |

### REQUEST FOR ORAL ARGUMENT FOR SUN'S MOTION TO DISMISS DEFENDANTS' NON-PATENT COUNTERCLAIMS

Pursuant to Local Rule 7.1.4, Plaintiff Sun Microsystems, Inc. hereby respectfully requests oral argument on Sun Microsystems, Inc.'s Motion to Dismiss Non-Patent Counterclaims (D.I. 28). The briefing on the Motion (D.I. Nos. 28, 39 and 43) was completed on May 22, 2008.

*OF COUNSEL:*

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: May 22, 2008

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

RLF1-3286207-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arhst & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

I hereby certify that on May 22, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX  78701

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3277379-1