IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA ENTERPRISES, INC., <br> VERSATA SOFTWARE, INC., <br> VERSATA DEVELOPMENT GROUP, INC. <br> VERSATA COMPUTER INDUSTRY <br> SOLUTIONS, INC., VERSATA, INC., <br> TRILOGY, INC., and NEXTANCE, INC., <br><br> Defendants. | C.A. No. 07-782 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of June, 2008, Plaintiff's Responses to Defendants' First Set of Request for Production (Nos. 1-123) were served upon the following counsel of record at the address and in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899

**BY E-MAIL AND U.S. MAIL**

Peter J. Ayers
James N. Willi
John B. Campbell
McKool Smith, P.C.
300 West 6th Street, Suite 1700
Austin, TX  78701

*OF COUNSEL:*

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
(415) 875-2300

Dated: June 10, 2008

*/s/ Anne Shea Gaza*
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arhst & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on June 10, 2008, the foregoing document was sent by electronic mail to the following non-registered participants:

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701

Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3291330-1