IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUN MICROSYSTEMS, INC.,

    Plaintiff,

v.

VERSATA ENTERPRISES, INC.,
VERSATA SOFTWARE, INC.,
VERSATA DEVELOPMENT GROUP, INC.
VERSATA COMPUTER INDUSTRY
SOLUTIONS, INC., VERSATA, INC.,
TRILOGY, INC., and NEXTANCE, INC.,

    Defendants.

C.A. No. 07-782 (JJF)

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2008, Plaintiff's First Set of

Requests for Production of Documents and Things (Nos. 1 - 71) were served upon the following

counsel of record at the address and in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899

**BY E-MAIL AND U.S. MAIL**

Peter J. Ayers
James N. Willi
John B. Campbell
McKool Smith, P.C.
300 West 6th Street, Suite 1700
Austin, TX   78701

*OF COUNSEL:*

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: June 25, 2008

*Anne Shea Gaza*

William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

RLF1-3291330-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arhst & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on June 25, 2008, the foregoing document was sent by electronic mail to the following non-registered participants:

Peter J. Ayers, Esquire
James N. Willi, Esquire
John B. Campbell, Esquire
McKool Smith
300 W. 6th Street, Suite 1700
Austin, TX 78701

_____
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3291330-1