IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-782 (JJF) |
| | ) | |
| VERSATA ENTERPRISES, INC., | ) | |
| VERSATA SOFTWARE, INC., | ) | |
| VERSATA DEVELOPMENT GROUP, | ) | |
| INC., VERSATA COMPUTER INDUSTRY | ) | |
| SOLUTIONS, INC., VERSATA, INC., | ) | |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Victoria L. Wicken of MCKOOL SMITH, 300 W. 6th Street, Suite

1700, Austin, TX 78701, to represent the defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Defendants*
   *Versata Enterprises, Inc. et al.*

July 28, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Victoria L. Wicken is granted.

Dated: _____

                                 _____
                                 United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 28, 2008

Victoria L. Wicken
MCKOOL SMITH
300 W. 6th Street
Suite 1700
Austin, TX 78701

Austin 45142v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Wade
> Anne Shea Gaza

I also certify that copies were caused to be served on July 28, 2008 upon the following in the manner indicated:

**BY HAND AND EMAIL**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
920 N. King Street
Wilmington, DE  19899

**BY EMAIL**

Darryl M. Woo
Charlene M. Morrow
Saina S. Shamilov
Salam Rafeedie
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com (#2881)

Austin 45142v1