

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

July 30, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   <u>Sun Microsystems, Inc. v. Versata Enterprises, Inc., et al.</u>, C.A. No. 07-782 (JJF)

Dear Judge Farnan:

    The parties jointly submit the attached Stipulation and Order to Extend Deadlines for Discovery and Claim Construction Briefing. The parties agree that in light of the accused products implicated in the present suit, the deadline by which the parties must substantially complete discovery should be extended from September 8, 2008 to November 10, 2008. The parties further agree that such an extension will impact claim construction deadlines, as the parties need an opportunity to meaningfully review each other's discovery to make informed claim construction decisions. Therefore, the parties also request extensions of the claim construction deadlines as reflected in the attached stipulation. The parties propose that a new *Markman* hearing be set within the two-week period of March 30, 2009 to April 10, 2009 depending on the Court's availability. All other dates and deadlines in the Court's Scheduling Order will remain unchanged. The parties are available to discuss the foregoing and the attached at the Court's convenience.

    Respectfully,

    Anne Shea Gaza (#4093)

ASG:cma
Enclosure
cc:   Clerk of the Court (Via Hand Delivery; w/encl.)
       Jack Blumenfeld, Esquire (via electronic mail; w/encl.)
       Karen Jacobs Louden, Esquire (via electronic mail; w/encl.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERSATA ENTERPRISES, INC.,<br>VERSATA SOFTWARE, INC.,<br>VERSATA DEVELOPMENT GROUP,<br>VERSATA COMPUTER INDUSTRY<br>SOLUTIONS, INC., VERSATA, INC.,<br>TRILOGY, INC., and NEXTANCE, INC.,<br><br>　　　　Defendants. | C.A. No. 07-782 (JJF) |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCOVERY AND
CLAIM CONSTRUCTION BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the following deadlines from the Scheduling Order entered by the Court on May 19, 2008 (D.I. 41) shall be amended as follows:

　　4.　　**Discovery**

　　　　(a)　Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by November 10, 2008.

　　8.　　**Markman.** A Markman Hearing, if necessary, will be held on ____, 2009 at __:00 _.m. The parties shall identify and exchange their list of proposed terms for construction no later than December 17, 2008. The parties shall exchange their contentions regarding the proper construction of those terms and shall identify all intrinsic/extrinsic evidence

in support of their respective constructions no later than January 12, 2009. The parties shall thereafter meet and confer in an attempt to narrow their list of terms for construction, and shall finalize the list of terms and proposed constructions no later than February 2, 2009. Opening claim construction briefs shall be filed no later than February 23, 2009 and answering briefs shall be filed no later than March 16, 2009. To the extent that any party relies upon an expert declaration in support of its proposed claim constructions, it will make that expert available for deposition within two weeks after serving its respective brief. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

Except as amended hereby, the Scheduling Order dated May 19, 2008 (D.I. 41) shall remain in full force and effect.

| RICHARD LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Anne Shea Gaza | /s/ Karen Jacobs Louden |
| William J. Wade (#704) | Jack Blumenfeld (#1014) |
| Anne Shea Gaza (# 4093) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 N. Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| wade@RLF.com | |
| gaza@RLF.com | klouden@mnat.com |
| Attorneys for Plaintiff | Attorney for Defendants |

**SO ORDERED** this _____ day of July, 2008

_____
Farnan, J.

2