IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>          Plaintiff,<br><br>v.<br><br>VERSATA ENTERPRISES, INC.,<br>VERSATA SOFTWARE, INC.,<br>VERSATA DEVELOPMENT GROUP,<br>VERSATA COMPUTER INDUSTRY<br>SOLUTIONS, INC., VERSATA, INC.,<br>TRILOGY, INC., and NEXTANCE, INC.,<br><br>          Defendants. | C.A. No. 07-782 (JJF) |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCOVERY AND CLAIM CONSTRUCTION BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the following deadlines from the Scheduling Order entered by the Court on May 19, 2008 (D.I. 41) shall be amended as follows:

   4.   **Discovery**

          (a)   Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by November 10, 2008.

   8.   **Markman.**   A Markman Hearing, if necessary, will be held on April 6 2009 at 12:00 p.m. The parties shall identify and exchange their list of proposed terms for construction no later than December 17, 2008. The parties shall exchange their contentions regarding the proper construction of those terms and shall identify all intrinsic/extrinsic evidence

in support of their respective constructions no later than January 12, 2009. The parties shall thereafter meet and confer in an attempt to narrow their list of terms for construction, and shall finalize the list of terms and proposed constructions no later than February 2, 2009. Opening claim construction briefs shall be filed no later than February 23, 2009 and answering briefs shall be filed no later than March 16, 2009. To the extent that any party relies upon an expert declaration in support of its proposed claim constructions, it will make that expert available for deposition within two weeks after serving its respective brief. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

Except as amended hereby, the Scheduling Order dated May 19, 2008 (D.I. 41) shall remain in full force and effect.

| RICHARD LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Anne Shea Gaza | /s/ Karen Jacobs Louden |
| William J. Wade (#704) | Jack Blumenfeld (#1014) |
| Anne Shea Gaza (# 4093) | Karen Jacobs Louden (#2881) |
| One Rodney Square | 1201 N. Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 651-7700 | (302) 658-9200 |
| wade@RLF.com | |
| gaza@RLF.com | klouden@mnat.com |
| Attorneys for Plaintiff | Attorney for Defendants |

SO ORDERED this  13  day of ~~July,~~ AUG. 2008

_____
Farnan, J.