IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-782 (JJF) |
| | ) | |
| VERSATA ENTERPRISES, INC., | ) | |
| VERSATA SOFTWARE, INC., | ) | |
| VERSATA DEVELOPMENT GROUP, | ) | |
| INC., VERSATA COMPUTER INDUSTRY | ) | |
| SOLUTIONS, INC., VERSATA, INC., | ) | |
| TRIOLOGY, INC., and NEXTANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Second Set Of Interrogatories (Nos. 12-25) To Plaintiff Sun Microsystems, Inc.* were caused to be served on August 15, 2008, upon the following counsel in the manner indicated:

<table>
<tr><th>BY HAND</th><th>BY EMAIL</th></tr>
<tr><td>
William J. Wade<br>
Anne Shea Gaza<br>
Richards, Layton &amp; Finger, P.A.<br>
920 N. King Street<br>
Wilmington, DE 19801
</td><td>
Darryl M. Woo<br>
Charlene M. Morrow<br>
Saina S. Shamilov<br>
Salam Rafeedie<br>
Fenwick &amp; West LLP<br>
801 California Street<br>
Mountain View, CA 94041
</td></tr>
</table>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____

OF COUNSEL:

Peter J. Ayers
James N. Willi
John B. Campbell
MCKOOL SMITH
300 West 6th Street, Ste, 1700
Austin, TX  78701
(512) 692-8700

August 15, 2008
1450231

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Wade
Anne Shea Gaza

I also certify that copies were caused to be served on August 15, 2008 upon the following in the manner indicated:

**BY HAND**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger
920 N. King Street
Wilmington, DE 19801

**BY EMAIL**

Darryl M. Woo
Charlene M. Morrow
Saina S. Shamilov
Salam Rafeedie
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)